

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-19-00050-CV

**IN THE INTEREST OF R.A. III ET AL., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00436
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's parental rights. Appellant's brief was due on March 4, 2019, and on that day, appellant filed a motion requesting permission to file his brief on March 25, 2019.

After consideration, we **GRANT** appellant's motion for extension of time to file a brief and **ORDER** appellant file his brief **on or before March 25, 2019**. Counsel is reminded that this court is mandated to dispose of appeals involving termination of parental rights within 180 days from the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Accordingly, any delay in the filing of the brief encroaches upon our time for disposition, and further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court